CM/ECF LIVE - U.S. District Court for the District of New Jersey Page 1 of 2
Case 08-01133-MBK    Doc 1-2    Filed 01/30/08    Entered 02/07/08 11:33:17    Desc Copy
of the Docket Report from District Court in Support    Page 1 of 2

CLOSED

## U.S. District Court
### District of New Jersey [LIVE] (Trenton)
### CIVIL DOCKET FOR CASE #: 3:08-cv-00081-MLC-TJB
### Internal Use Only

| | |
|---|---|
| FIRST AMERICA TITLE INSURANCE COMPANY v. CLEAR ADVANTAGE TITLE, INC. et al | Date Filed: 01/07/2008 |
| Assigned to: Judge Mary L. Cooper | Date Terminated: 01/30/2008 |
| Referred to: Magistrate Judge Tonianne J. Bongiovanni | Jury Demand: None |
| Case in other court: SUPERIOR COURT MERCER COUNTY, MER-C-07-00062 | Nature of Suit: 190 Contract: Other |
| Cause: 28:1442 Notice of Removal | Jurisdiction: Federal Question |

**Plaintiff**

**FIRST AMERICA TITLE INSURANCE COMPANY**     represented by   **JAIMEE KATZ SUSSNER**
HERRICK, FEINSTEIN LLP
ONE GATEWAY CENTER
22ND FLOOR
NEWARK, NJ 07102
(973) 274-2000
Email: jsussner@herrick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CLEAR ADVANTAGE TITLE, INC.**

**Defendant**

**EDWARD A.M. FURFEY**

**Defendant**

**JOHN DOES 1-5**
*(Fictitous Names)*

**Defendant**

**ABC CORPORATIONS 1-5**
*(Fictitious Names)*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

CM/ECF LIVE - U.S. District Court for the District of New Jersey    Page 2 of 2

Case 08-01133-MBK    Doc 1-2    Filed 01/30/08    Entered 02/07/08 11:33:17    Desc Copy
of the Docket Report from District Court in Support    Page 2 of 2

| 01/07/2008 | 1 | NOTICE OF REMOVAL by FIRST AMERICA TITLE INSURANCE COMPANY from SUPERIOR COURT MERCER COUNTY, case number MER-C-07-62. ( Filing fee $ 350 receipt number 1805722) (Attachments: # 1 Exhibit A# 2 Exhibit B)(ce3) (Entered: 01/08/2008) |
|---|---|---|
| 01/09/2008 | 2 | Corporate Disclosure Statement by FIRST AMERICAN TITLE INSURANCE COMPANY. (EISENBERG, GARY) (Entered: 01/09/2008) |
| 01/11/2008 | 3 | CERTIFICATE OF SERVICE by FIRST AMERICA TITLE INSURANCE COMPANY re 1 Notice of Removal *and Notice of Electronic Filing Receipt* (SUSSNER, JAIMEE) (Entered: 01/11/2008) |
| 01/17/2008 | 4 | Letter from John M. August. (AUGUST, JOHN) (Entered: 01/17/2008) |
| 01/30/2008 | 5 | ORDER Referring case to US Bankruptcy Court and DISMISSING CASE. Signed by Judge Mary L. Cooper on 1/30/08. (ij, ) (Entered: 01/30/2008) |